# CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Nadine Prince, 2603 Stanton Road, SE, Washington, D.C. 20020 | District of Columbia Government, 600 4th Street, N.W., Washington, D.C. 20001 |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Wendell C. Robinson, 7600 Georgia Ave. N.W., # 203, Washington, D.C. 20012 | Chad Copeland, Deputy DC Atty. General, 400 6th Street, N.W., Washington, D.C. 20001 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)      OR      ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

Other Statutes
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 462 Naturalization Application

- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/Privacy Act | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ◉ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi-district Litigation   ○ 7 Appeal to District Judge from Mag. Judge   ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

The Plaintiff's home was broken into in violation of the fourth amendment to the U.S. Constition and 42 USC Sec. 1983.

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ 1,000,000.00 JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐   NO ☒ | If yes, please complete related case form |
|---|---|---|---|

DATE:  5-11-2023    SIGNATURE OF ATTORNEY OF RECORD *Wendell C. Robinson*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

VI.   CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia 🔽

| | | |
|---|---|---|
| Nadine Prince<br>2603 Stanton Road, SE<br>Washington, D.C. 20020 | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) ) | |
| District of Columbia<br>1350 Pa. Ave. N.W.<br>Washington, D.C. 20004 | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   District of Columbia
1350 Pa. Ave. N.W.
Washington, D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Wendell C. Robinson, Esq.
7600 Georgia Ave. N.W. Suite 203
Washingotn, D.C. 20012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nadine Prince                              :
2603 Stanton Road, SE                      :
Washington, D.C. 20020                     :
                                           :
          Plaintiffs                       :
                                           :
     v.                                    :      CASE NO:
                                           :
DISTRICT OF COLUMBIA                       :
Serve: Muriel Bowser                       :
Mayor of the District of Columbia          :
1350 Pa. Ave. N.W.                         :
Washington, D.C. 20004                     :
                                           :
          Defendant                        :

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS, INVASION OF PRIVACY, TRESPASS, FALSE IMPRISONMENT, DESTRUCTION OF PROPERTY, AND NEGLIGENCE.

Comes now Nadine Prince, Prince, by and through undersigned counsel, and sues the District of Columbia, District, stating:

### JURISDICTION

1. This court has jurisdiction pursuant to 28 U.S.C.§§ 1331,1346 (a)(2), 1391 (b)(c), 2401, 2671, 42 U.S.C.§ 1983, 18 U.S.C. § 3109, the Fourth and Fifth Amendments of the United States Constitution.

### PARTIES

2. Prince is a resident of the District of Columbia She was a resident, at all times relevant to this cause of action.

3. District is a sovereign government operating as the District of Columbia Government. Muriel Bowser is its duly elected Mayor. She was its Mayor, at all times relevant to this cause of action.

1

3. The District of Columbia's Metropolitan Police Department, Police, is under the direction and supervision of District's chief executive, Muriel Bowser, the District's duly elected Mayor. Police's officers are employees of the District; and all acts alleged herein, were done, while they were working within the scope of their employment as the District's agents, servants, and/or employees.

## FACTS

4. On Wednesday, May 25, 2022, at: approximately 5:00am, Prince, was asleep, in her apartment, when she heard a loud noise. Before she knew what was happening, members of the District's metropolitan police department, without first knocking to announce their authority and purpose, broke down the door, to her apartment, and entered it. As they barged, into Prince's apartment, she asked what was going on? She was told to come downstairs where they Police had handcuffed her 25 year-old son. They're were a lot of police officers rummaging through her entire apartment.

5. Prince asked to see their warrant but they refused to do so. They were in her apartment for approximately a hour and half, but did not seize any illegal substances, guns, or anything illegal, while in her apartment.

6. The police negligently broke into the wrong apartment. When they broke into Prince's apartment, it was done in violation of her civil rights, her fourth amendment rights, cause her to suffer emotional distress, she was falsely imprisoned, the victim of negligence, and caused to suffer extreme emotional distress.

## Count I
## Violation of Civil Rights

7. Prince incorporates, by reference, the allegations in paragraphs 1-6, into this Court as fully as if plead herein:

2

8. Title 42 U.S.C. § 1983 provides:

> "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

9. The Fourth Amendment, to the United States Constitution, prohibits unreasonable searches and seizures. It reads:

> "....The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but     upon probable cause, supported by Oath or affirmation, and particularly describing the place     to be searched, and the persons or things to be seized."

10. When the police officers broke into Prince's apartment, they failed to first knock on the door, give notice of who they were, and why they were there. The Officers are only justified in breaking down a door, if they're refused admission, to the premises, after first stating their authority and purpose. There isn't any evidence that justifies the police officers breaking down the door to Prince's apartment; and there isn't any evidence that any exigent circumstances existed that would warrant them to break into Prince's apartment without first stating their authority and purpose. The Police's entry, into Prince's apartment, was in violation of: **18 U.S.C. § 3109. (Breaking doors or windows for entry or exit)**. This Statute reads:

> **The officer may break open any outer or inner door or window of a house, or any part of a house, or anything therein, to execute a search warrant, if, after   notice   of his authority and purpose, he is refused admittance or when necessary to   liberate himself or a person aiding him in the execution of the warrant.**

3

The requirements of this statute are also in D.C. Superior Court Crim. Rule 41 (e) (3). It reads:

>    **(3)** *Manner of Execution.* **An officer or agent executing a warrant directing a search of a dwelling house, other building, or vehicle may break and enter any of these premises pursuant to** *18 U.S.C. § 3109.* **An officer or agent executing a warrant directing a search of a person shall give, or make reasonable effort to give, notice of the officer's or agent's identity and purpose to the person.**

11.   When the police officers broken into Prince's apartment, it was done in violation of her constitutional rights, under the fourth amendment, of the United States Constitution, and in violation of: **18 U.S.C. § 3109**.  When the officers broke into Prince's apartment, they did so while enforcing District's laws, rule(s), regulation(s) statute(s), ordinance(s), practice(s) and while acting within the scope of their employment as District's agents, servants, and employees.

12.   As a direct result, and proximate cause, of the District's violation of Prince's constitutional rights, under the fourth amendment of the United States Constitution, and **18 U.S. C. § 3109**, she was caused to suffer emotional distress, shame, embarrassment, disgrace, was falsely imprisoned, a victim of the District's negligence, and some of her property was destroyed.

**Wherefore the premises considered**, the Plaintiffs' demand judgment in the amount of: $1,000,000,00 in compensatory damages, against the Defendant.

## COUNT II
## INVASION OF PRIVACY

13.   Prince incorporates, by reference, the allegations in paragraphs 1-12, into this count as fully as if plead herein.

12. Title 42 U.S.C. § 1983 provides:

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia."

14. Prince, like most people, have a special sense of privacy and seclusion in the sanctity of their home. The police are only authorized to violate that sanctity if, after giving the occupants of a home, notice of their authority and purpose, and their admission, to the citizen's home, is denied. **See, 18 U.S. C. § 3109**.

15. The Districts agents, servants, and/or employees did not knock, on Prince's door, to announce their authority, and purpose, before breaking into her apartment. In the absence of any such evidence, the Districts agents, servants, and/or employees, illegally invaded Prince's seclusion and privacy. They broke into her apartment, in the absence of any exigent circumstances, that would warrant them breaking into her apartment without first complying with the requirements of **18 U.S.C. § 3109**. The entry into Prince's apartment constitutes an invasion of her seclusion and privacy.

16. As a direct result, and proximate cause, of the actions of the District's agents, servants, and/or employees, done while working within the scope of their employment, as the District's agents, servants, and/or employees, to execute, and carry out the District's laws, and the laws of the United States, when they broke into Prince's apartment, their entry constitutes a violation of Prince's right to seclusion and privacy, that caused her to suffer emotional distress, shame, embarrassment, and disgrace.

5

**Wherefore the premises considered**, Prince demands judgment, in the amount of:
$1,000,000,00, in compensatory damages, against the Defendant.

## Count III
## Destruction of Property

17.  Prince incorporates, by reference, the allegations in paragraphs 1-16, into this Count, as fully as if plead herein.

18.  On May 25, 2022, when the Police broke into Prince's apartment, they did so without Prince's consent, just cause, and /or legal justification, for breaking into her apartment. When they broke into her apartment, they were working within the scope of their employment, as the Defendant's agents, servant, and/or employees. The break in was: willful, wanton, intentional, malicious, and illegal.

19.  As a direct result, and proximate cause, of the Defendant's actions, Prince's property was destroyed and she'll have to spend time, money, and effort, to repair the damage, to her property.

**Wherefore the premises considered,** Prince demands judgment, in the amount of $1,000,000.00 compensatory damages, against the Defendant.

## Count IV
## Trespass

20.  Prince incorporates, by reference, the allegations in paragraphs 1-19, into this Count, as fully as if plead herein.

21.  On May 25, 2022, when the Police broke into Prince's apartment, they did so without her consent, without just cause, and/ or legal justification, for breaking into her apartment. When the police broke into her apartment, they were working within the scope

6

of their employment, as the Defendant's agents, servant, and/or employees. The break in was: willful, wanton, intentional, malicious, and illegal.

22.  As a direct result, and proximate cause, of the Defendant's trespass, Prince's property was destroyed and she'll have to spend time, money, and effort to repair the damage, to her property.

**Wherefore the premises considered,** The Plaintiff demands judgment in the amount of $1,000,000.00, in compensatory damages, against the Defendant.

## COUNT V
## FALSE IMPRISONMENT

23.  Prince incorporates, by reference, the allegations in paragraphs 1-22, into this count as fully as if plead herein.

24.  On or about May 25, 2022, when the police officers broke down the door, to the Prince's apartment, she was told to come downstairs, to sit down, and don't' move. Prince's locomotion was illegally restricted.

25.  As a direct result, of actions of District's agents, servants and/or employees, done while working within the scope of their employment as, the District's agents, servants, and/or employees, Prince's was denied freedom of locomotion, subjected to unjustified false imprisonment, detained without just cause and/or legal justification, and caused to suffer humiliation and emotional distress.

**WHEREFORE,** the premises considered, Prince prays for judgment against the Defendant, in the amount of $1,000,000.00, in compensatory damages.

## COUNT VI
## NEGLIGENCE

26.   Prince incorporates, by reference, the allegations in paragraphs 1-25, into this count, as fully as if plead herein.

27.   On or about May 25, 2022, when the police officers broke down the door, to the Prince's apartment, she was told to come downstairs, and to it down and don't' move..

28.   As a direct result, and proximate cause, of the negligence, of the District's  agents, servants, and/or employees, done while working within the scope of their employment, Prince was caused to suffer extreme emotional distress, her locomotion was illegally restricted, she was caused to suffer emotional distress, and fear.

**Wherefore, the premises considered,** Prince demands judgment, in the amount of: $1,000,000,00 compensatory damages, against the Defendant.

## JURY DEMAND

29. Prince demands a trial by jury.

Respectfully submitted,

Wendell C. Robinson, 377091
7600 Georgia Ave. N.W. Suite 203
Washington, D.C. 20012
202-223-4470 Phone, 202-726-9060 Fax
Grindstonelaw@aol.com

8

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

*ANGELA D. CAESAR*
*Clerk of Courts*

### NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC §636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a United States District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

**All parties** must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are <u>not</u> foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Notice, Consent and Reference of a Civil Action to a Magistrate Judge (AO 85)" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form the case will be randomly assigned for all purposes to a Magistrate Judge.

### HOW DO I FILE?

Once the form is signed by **all parties**, submit the form to the Clerk's Office by mail or email, or file it electronically in CM/ECF using the event *Consent to Proceed before Magistrate Judge for All Purposes* (under <u>Other Documents</u>). **Do not file the form unless signed by all parties.**

n:\Forms\Notice of Right to Consent to Trial
CO-942A Rev. 3/22

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

Nadine Prince
_____
*Plaintiff*

v.

District of Columbia
_____
*Defendant*

)
)
)
)
)

Civil Action No.

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Wendell C. Robinson | | 05/11/2023 |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.